UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-12823-D
_____

D.C. Docket No 6:24-cv-00457-PGB-RMN

JENNIFER SMITH,

                                        Appellant/Petitioner,

versus

FLORIDA AGRICULTURAL &
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES, et al.

                                        Appellee/Respondent.

_____

Appeal from the United States District Court
For the Middle District of Florida

_____

## **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)**

COMES NOW the Appellee/Respondent, FLORIDA AGRICULTURAL & MECHANICAL UNIVERSITY BOARD OF TRUSTEES (FAMU BOT), by and through its undersigned counsel, and pursuant to FED. R. APP. P. 26.1 and 11th Cir. R. 26-1, hereby discloses all trial judges, attorneys, persons, associations of persons,

firms, partnerships, or corporations that have an interest in the outcome of this appeal as follows:

1. Florida Agricultural & Mechanical University Board of Trustees (FAMU), Appellee/Respondent;

2. Cecil Howard, Associate Provost for Academic Programs, and Interim Dean of the College of Law for Appellee/Respondent FAMU BOT;

3. Jennifer Smith, Appellant/Petitioner;

4. Maria A. Santoro, Esq., counsel for Appellee/Respondent, FAMU BOT;

5. Teresa Cooper Ward, Esq. counsel for Appellee/Respondent FAMU BOT;

6. Sniffen & Spellman, P.A., Law Firm for Appellee/Respondent FAMU BOT;

7. Gray Robinson, P.A., former counsel for Appellee/Respondent FAMU BOT;

8. Richard E. Mitchell, Esq., former counsel for Appellee/Respondent FAMU BOT;

9. Julie Zolty, Esq., former counsel for Appellee/Respondent FAMU BOT;

10. Sarah Reiner, Esq., outside counsel for Appellee/Respondent FAMU BOT in another matter;

11. Allyson L. Watson, Ph.D, Provost and Vice President for Academic Affairs for FAMU BOT Appellee/Respondent;

12. D. Denise Wallace, Ph.D., Appellee/Respondent, former Vice President and General Counsel for Appellee/Respondent FAMU BOT;

13. La'Tonya Baker, Director of Compliance, Chief Privacy Officer, Appellee/Respondent FAMU BOT;

14. Latrecha K. Scott, Ph.D., Director of Equal Opportunity Programs and Labor Relations/Title IX, Appellee/Respondent FAMU BOT;

15. Rica Calhoun, Chief Compliance and Ethics Officer Appellee/Respondent FAMU BOT;

16. Paul G. Byron, U.S. District Judge for the Middle District of Florida, Orlando Division;

17. Robert M. Norway, U.S. Magistrate Judge for the Middle District of Florida, Orlando Division;

The undersigned further certifies that no publicly traded company or corporation has an interest in the outcome of this appeal.

/s/ *Maria A. Santoro*
Maria A. Santoro, Esq.
Florida Bar Number: 0654809
Teresa Cooper Ward, Esq.
Florida Bar Number: 343692
msantoro@sniffenlaw.com
tward@sniffenlaw.com
jlunt@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street

Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Florida A&M University
Board of Trustees,*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sill send a notice of electronic filing to all registered users and counsel in this case.

/s/ *Maria A. Santoro*
**MARIA A. SANTORO, ESQ.**