**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

**JENNIFER SMITH,**

  **Plaintiff,**       **APPEAL NO.: 24-12823**

            **CASE NO: 4:24-cv-00367-MW-MAF**

**FLORIDA AGRICULTURAL &**
**MECHANICAL UNIVERSITY**
**BOARD OF TRUSTEES, et al.**

  **Defendants.**
_____/

## <u>APPELLANT'S CERTIFICATE OF NO TRANSCRIPT</u>

COMES NOW the Appellant, JENNIFER SMITH, on behalf of herself and pursuant to Federal Rules of Appellate Procedure 10(b)(1)(B) files this Certificate of No Transcript. Appellant submits that there are no hearing transcripts in the above referenced case and no transcript(s) will be ordered.

Dated: <u>September 23rd, 2024</u>

Respectfully submitted,

*/s/ Jennifer Smith*
Jennifer Smith
Florida Bar No. 964514 (*pro se*)
Law Office of Jennifer Smith
13506 Summerport Village Pkwy.
Suite 108
Windermere, FL 34786
407-455-0712
407-442-3023 (facsimile)
jensmithesq@aol.com

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on this 23rd of September 2024, I electronically

filed the foregoing with the Clerk of the Court by using the CM/ECF system, which

will send a notice of electronic filing to all registered users.

*/s/ Jennifer Smith*
Jennifer Smith (*pro se)*
Law Office of Jennifer Smith