# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 24-12823

---

JENNIFER M. SMITH,

                                                Plaintiff-Appellant,

*versus*

FLORIDA AGRICULTURAL AND MECHANICAL UNIVERSITY
BOARD OF TRUSTEES,
ALLYSON WATSON,
individually and in her official capacity,
DENISE D. WALLACE,
individually and in her official capacity,
LATONYA BAKER,
individually and in her official capacity,
LATRECHA SCOTT,
individually and in her official capacity, et al.,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:24-cv-00367-MW-MAF

---

ORDER:

Appellant's motions to expedite this appeal and to supplement her motion to expedite are DENIED.

_____
UNITED STATES CIRCUIT JUDGE