UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-12823-D
_____

D.C. Docket No 6:24-cv-00457-PGB-RMN

JENNIFER SMITH,

               Appellant/Petitioner,

versus

FLORIDA AGRICULTURAL &
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES, et al.

               Appellee/Respondent.
_____

Appeal from the United States District Court
For the Middle District of Florida
_____

## AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

In compliance with FRAP 26.1 and 11th Cir. R. 26.1, Appellee Florida Agricultural & Mechanical University Board of Trustees ("FAMU" or "FAMU BOT"), a governmental organization, by and through its undersigned counsel, hereby discloses all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal:

1. Baker, La'Tonya, Director of Compliance, Chief Privacy Officer for Appellee FAMU BOT;

2. Byron, The Honorable Paul G., United States District Judge for the Middle District of Florida, Orlando Division;

3. Calhoun, Rica, Chief Compliance and Ethics Officer for Appellee FAMU BOT;

4. Fitzpatrick, The Honorable Martin A., United States Magistrate Judge for the Northern District of Florida, Tallahassee Division;

5. Florida Agricultural & Mechanical University Board of Trustees, Appellee:

   a. Brown, Jamal A., Ph. D.,

   b. Cliatt, Otis, II,

   c. Crossman, John,

   d. Figgers, Natlie G., J. D.,

   e. Gibbons, Deveron, J. D.,

   f. Harper, Kristin,

   g. Lawson, Kelvin,

   h. May, Loryn,

   i. Perry, Belvin, Jr., J.D.,

   j. Reed, Craig, MBA,

  k. Stone, Kenward, MBA,

  l. Washington, Nicole, MA, and

  m. White, Michael;

6. Gray Robinson, P.A., former counsel for Appellee FAMU BOT;

7. Howard, Cecil, J.D., Associate Provost for Academic Programs, and Interim Dean of the College of Law for Appellee FAMU BOT;

8. Mitchell, Richard E., Esq., former counsel for Appellee FAMU BOT;

9. Norway, The Honorable Robert M., United States Magistrate Judge for the Middle District of Florida, Orlando Division;

10. Reiner, Sarah, Esq.;

11. Santoro, Maria A., Esq., counsel for Appellee FAMU BOT;

12. Scott, Latrecha K., Ph.D., Director of Equal Opportunity Programs and Labor Relations/Title IX for Appellee FAMU BOT;

13. Smith, Jennifer, Esq., Appellant;

14. Sniffen & Spellman, P.A., counsel for Appellee FAMU BOT;

15. Walker, The Honorable Mark E., Chief United States District Judge for the Northern District of Florida, Tallahassee Division;

16. Wallace, D. Denise, J.D., Ph.D., former Vice President and General Counsel for Appellee FAMU BOT;

17. Ward, Teresa Cooper, Esq., counsel for Appellee FAMU BOT;

18. Watson, Allyson L., Ph.D., Provost and Vice President for Academic Affairs for Appellee FAMU BOT; and

19. Zolty, Julie, Esq., former counsel for Appellee FAMU BOT.

The undersigned further certifies that no publicly traded company or corporation has an interest in the outcome of this appeal.

/s/ *Maria A. Santoro*
Maria A. Santoro, Esq.
Florida Bar Number: 0654809
Teresa Cooper Ward, Esq.
Florida Bar Number: 343692
msantoro@sniffenlaw.com
tward@sniffenlaw.com
jlunt@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Florida A&M University Board of Trustees,*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of November, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sill send a notice of electronic filing to all registered users and counsel in this case.

*/s/ Maria A. Santoro*
**MARIA A. SANTORO, ESQ.**